# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,                     Criminal No. 24-327 (JRT/DLM)

    Plaintiff,

v.                                                              **ORDER**

DEVINN JOSEPH VARIN,

    Defendant.

---

William C. Mattessich, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

James S Becker, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107 US Courthouse, Minneapolis, MN 55415, for defendant.

United States Magistrate Judge Douglas L. Micko filed a report and recommendation on 05/28/2025. [ECF No. 33]. No objections have been filed to the R&R in the time period permitted.

Accordingly, based on the report and recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that**:**

1. The report and recommendation [ECF No. 33] is adopted.

2. Mr. Varin's Motion to Dismiss Count One of the Indictment [ECF No. 28] is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

DATED: June 11, 2025
at Minneapolis, Minnesota                               s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                      United States District Judge

CASE 0:24-cr-00327-JRT-DLM   Doc. 38   Filed 06/11/25   Page 2 of 2

2

2

DATED: June 11, 2025
at Minneapolis, Minnesota                    s/John R. Tunheim
                                             JOHN R. TUNHEIM
                                             United States District Judge

CASE 0:24-cr-00327-JRT-DLM   Doc. 38   Filed 06/11/25   Page 2 of 2

2